# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** <br> **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.: 07-cr-130-bbc <br> 08-cv-370-bbc |
| **BRIAN CROSS,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

---

JOEL W. TURNER

Joel W. Turner, Acting Clerk

/s/ S. Vogel                                                                                   9/10/08

by Deputy Clerk                                                                          Date